FILED
August 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. CR S-04-0030 PAN
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
KEVIN WILLIAMS,                     )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEVIN WILLIAMS , Case No.  CR S–04-0030 PAN , Charge  Title 18 USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

**X**   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

   ___   Unsecured Appearance Bond $ _____

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

**X**   (Other)   Probation Conditions Continue to Apply.

Issued at  Sacramento, CA  on  August 29, 2005  at  2:25 p.m. .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal