**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Peter A. Nowinski
United States Magistrate Judge
Sacramento, California

                    RE:    **Kevin Scott WILLIAMS
                             Docket Number: 2:04CR00030-01
                             <u>PROGRESS REPORT</u>
                             CONTINUANCE OF STATUS HEARING**

Your Honor:

On September 15, 2005, the probationer appeared in Court for a hearing on a Petition of Violation of Probation. In lieu of an admission to the charges in the petition, the Court modified the conditions to include mental health treatment and to afford the probationer the opportunity to begin six months home detention with electronic monitoring. A status date was set for December 15, 2005, to determine the probationer's progress and compliance with his conditions of supervision. To date, the probationer has fully complied with his conditions, and continues to seek mental health counseling.

Assistant Federal Defender Timothy Zindel is currently in trial and is unable to attend the status hearing. Due to Mr. Zindel's schedule, coupled with the probationer's positive progress under supervision, this officer is requesting the status hearing be continued to February 2, 2006, at 9 a.m. Assistant United States Attorney Ellen Endrizzi has been notified of the continuance.

                                      Respectfully submitted,

                                       /s/ Dayna D. Ward

                                    **DAYNA D. WARD
                                    United States Probation Officer**

Dated:        December 13, 2005
                  Roseville, California
                  :ddw/cd

**Re:   Kevin Scott WILLIAMS**
**      Docket Number:  2:04CR00030-01**
**      <u>PROGRESS REPORT</u>**
**      <u>CONTINUANCE OF STATUS HEARING</u>**


**REVIEWED BY:**      /s/ Richard A. Ertola
                     **RICHARD A. ERTOLA**
                     **Supervising United States Probation Officer**

cc:   Ellen Endrizzi
      Assistant United States Attorney

      Timothy Zindel
      Assistant Federal Defender

---

AGREE: _____x____                    DISAGREE: _____


/s/ Peter A. Nowinski                                December 27, 2005
**PETER A. NOWINSKI**                                DATE
United States Magistrate Judge